**Order entered March 1, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00449-CV

### VINCENT WHITEHEAD, Appellant

### V.

### BULLDOG BATTERY CORPORATION, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-04037-2011**

## ORDER

The Court has before it Vincent Whitehead's motion for rehearing. The court requests that Bulldog Battery Corp. file any response by March 18, 2013.

/David Lewis/
DAVID LEWIS
JUSTICE